CHARLES ZONA, RESPONDENT, v. ERIE RAILROAD COMPANY, APPELLANT.

Submitted July 7, 1919—Decided November 17, 1919.

On appeal from the Supreme Court.

For the respondent, *Peter J. McGinnis.*

For the appellant, *George S. Hobart* and *Edward A. Markley.*

Per Curiam.

The judgment is affirmed, for the reasons stated in the opinion in Oppicci *v.* Erie Railroad Co., just decided.

*For affirmance*—The Chancellor, Chief Justice, Swayze, Trenchard, Parker, Minturn, White, Heppenheimer, Williams, Taylor, Gardner, Ackerson, JJ. 12.

*For reversal*—None.